IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI SEYYIDI, | : | Civil No. 3:20-cv-105 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN CRAIG A. LOWE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this ___16th___ day of April, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The remaining pending motions (Docs. 21, 23) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge